BYNUM & PASCHAL v. JOHN F. CLARK and W. D. CLARK,
Partners.

(Decided December 5, 1899.)

*Partnership—Notice of Dissolution.*

Actual notice of dissolution of partnership must be given, espe-
cially to those who had previous dealings with the firm.

CIVIL ACTION upon a running account, submitted on appeal
from Justice's Court of CUMBERLAND County, to *Robinson,
J.*, at May Term, 1899, of the Superior Court, and judgment
rendered by him in favor of plaintiff under circumstances
stated in the opinion.  Defendants excepted and appealed.

*Mr. N. A. Sinclair,* for appellant.
*Mr. S. H. MacRae,* for appellee.

FAIRCLOTH, C. J.   Prior to April 1, 1897, the defendant
John F. Clark and others, were in a partnership business
under the name of John F. Clark, agent, and had a running
account with the plaintiffs, and on April 1, 1897, said co-
partners were duly incorporated as "The Manchester Cotton
Mills," and the said corporation became the owners of the
business and assets of said copartnership.   After the forma-
tion of said corporation, the defendant Clark ordered goods
from the plaintiffs—signing J. F. Clark, agent.   The plain-
tiffs were never actually notified of the formation of said cor-
poration, nor that it had succeeded to the business of John
F. Clark, agent, nor of the dissolution of the said partnership.
The only question is: "Can the plaintiffs recover, they hav-
ing had no actual notice of the dissolution of the partnership
or of the formation of the corporation?   We think they can.

In such cases, actual notice must be given, especially to those who had previous dealings with the partnership.

The case is governed by *Eliason v. Sexton,* 105 N. C., 356, and *Alexander v. Harkins,* 120 N. C., 452.

Affirmed.